IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO. 4:10cr00154-01 JMM

DEWAYNE JONES

AMENDED JUDGMENT & COMMITMENT

On May 8, 2013, Defendant appeared for a hearing on a motion to revoke supervised release. Defendant admitted to the allegations contained in the motion. The Court imposed a sentence of eight (8) months imprisonment, four (4) months at the Bureau of Prisons and four (4) months of home detention with electronic home monitoring.

The sentencing guidelines provide pursuant to §7B1.3(c)(2), where the minimum term of imprisonment is more than six months but not more than ten months, the minimum term may be satisfied by (A) a sentence of imprisonment; or (B) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in §5C1.1(e), provided that at least one-half minimum term is satisfied by imprisonment.

The judgment entered May 9, 2013 (DE #58 ), is amended.

The sentence of the Court is four (4) months imprisonment in the Bureau of Prisons followed by two (2) years supervised release with the first four (4) months on home detention with electronic monitoring. The defendant shall pay all or part of the cost of the location monitoring program based on his ability to pay, to be determined by the United States Probation Office.

All other terms of the judgment remain in full force and effect.

The Clerk is requested to provide a copy of this Order to the United States Marshals Service and the United States Probation Office.

IT IS SO ORDERED this 9th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE