AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 14 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
DEWAYNE JONES

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:10cr00154-01 JM
USM No.  26000-009

Patrick Benca
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from commiting another crime | 10/31/2013 |
| General | Failure to refrain from possessing controlled substance | 10/31/2013 |
| Standard 1 | Failure to report for drug testing | 10/25/2013 |
| Standard 7 | Failure to refrain from the use of controlled substance | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __6282__

Defendant's Year of Birth: __1967__

City and State of Defendant's Residence:
custody

05/14/2014
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR.        U.S. District Judge
Name and Title of Judge

05/14/2014
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: DEWAYNE JONES
CASE NUMBER: 4:10cr00154-01 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 8 | Failure to refrain from places where controlled substances are illegally sold | 10/31/2013 |
| Special | Failure to comply with electronic home monitor requirements | 10/31/2013 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: DEWAYNE JONES  
CASE NUMBER: 4:10cr00154-01 JM

Judgment — Page __3__ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**TWENTY-SIX (26) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in substance abuse treatment.  
The defendant shall serve his term of imprisonment in Memphis, Tennessee.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL